# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *
v.  * Citation No(s): 7405255 (MD39)
Jeremy Davis  *
Defendant  * Docket No: 18-po-2226

FILED LODGED RECEIVED
JUL 25 2018
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEP

* * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Poss Firearm | | | DISMISSED | |

TOTAL DUE: $ _____

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
   (or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance        ☐ Continue to Obtain License
☐ Continue for Payment             ☐ Continue to Retain Attorney
☐ Set for Trial                    ☐ New Court Date: _____ at: _____ a.m.
☑ Dismissed by the Government

COMMENTS: _____

Jeremy Davis (by CHC)
Defendant's Signature

_____
Attorney for Defendant

_____
Assistant U.S. Attorney

7/25/18
Date

Original – Court        Yellow – Defendant        Pink – AUSA

Plea Agreement (01/2013) Triple